TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-99-00058-CV

Inventory Merchandising Services, Inc., Appellant

v.

KSAH Radio Festival, Appellee

FROM THE COUNTY COURT AT LAW NO. 2 OF TRAVIS COUNTY 

NO. 238,823, HONORABLE ORLINDA L. NARANJO, JUDGE PRESIDING 

PER CURIAM

 Appellant has filed a motion to dismiss this appeal. Ten days have passed without
any objection that this dismissal will prevent any other party from seeking relief. We grant the
motion and dismiss this appeal. See Tex. R. App. P. 42.1(a)(2). Appellant's motion to refer this
case to mediation, filed herein on March 8, 1999, is dismissed as moot.

Before Chief Justice Aboussie, Justices Kidd and Patterson

Dismissed on Appellant's Motion

Filed: April 15, 1999

Do Not Publish